M. P. No. 75-297. HENRY LAPLUME *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus is assigned for oral argument to Thursday, December 4, 1975, at 9:30 a.m. *John D. Lynch,* for petitioner. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for respondent.

C. A. No. 75-162. STATE *v.* MITCHELL LANOUE. Motion of defendant for extension of time in which to file brief is denied as being moot. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Salvatore L. Romano, Jr.,* for defendant.

APPEAL No. 74-88. RICHARD A. BELANGER *v.* ARTHUR B. MATTESON *et al.* Motion of plaintiff for a stay of the court's opinion rendered October 29, 1975 is denied. Mr. Justice Paolino is of the opinion that the motion for stay should be granted. *Letts, Quinn & Licht, Frank Licht, Richard A. Licht,* for plaintiff. *Tillinghast, Collins & Graham, Frank J. Williams,* for Arthur B. Matteson. *Richard A. Skolnik,* for Warwick Teachers' Union.

APPEAL No. 75-30. ADAM FARKAS *v.* ALBERT M. SADLER *et al.* Motion of plaintiff that a final date be set in which the defendant Mary R. Adams may file her brief and the plaintiff's motion for extension of time to file his brief are denied as being moot. *Adam Farkas,* pro se. *Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for defendant Mary R. Adams.

APPEAL No. 75-97. ALBERT E. CLARK, SR. *et al. v.* GLENN P. JOHNSON *et al.* Motion of defendants for extension of time to December 17, 1975 in which to file brief is granted. *John F. McBurney,* for plaintiffs. *Joseph A. Capineri,* for defendants.